No. 99–1303. WILLIAMS *v.* HENDERSON, POSTMASTER GENERAL. C. A. 11th Cir. Certiorari denied.

No. 99–1312. VALHALLA CEMETERY CO., INC. *v.* MONROE, COMMISSIONER, ALABAMA DEPARTMENT OF REVENUE. Ct. Civ. App. Ala. Certiorari denied.

No. 99–1315. FIZZANO BROTHERS CONCRETE PRODUCTS, INC. *v.* SANTERIAN ET AL. Super. Ct. Pa. Certiorari denied.

No. 99–1323. HAWKINS *v.* TEXAS COMMISSION FOR LAWYER DISCIPLINE. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 99–1341. VAN NESS ASSOCIATES, LTD. *v.* MITSUBISHI BANK, LTD., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–1357. HUGHES ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–1365. NICOLAS *v.* PANAMA CANAL COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 99–1366. KAPLAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–1382. THORNTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–1384. CASTRO *v.* EDWARDS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–1400. CRANFORD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–1405. KUHN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–6558. BATTLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.